```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA


ANGELA M. SPENGLER,              :
                                 :
         Plaintiff               :    No. 1:14-CV-02241
                                 :
    vs.                          :    (Judge Kane)
                                 :
CAROLYN W. COLVIN, ACTING        :
COMMISSIONER OF SOCIAL           :
SECURITY,                        :
                                 :
         Defendant               :
```

## ORDER

**AND NOW, THEREFORE,** this 29th day of June, 2015, **IT IS HEREBY ORDERED THAT:**

    1. The Commissioner's motion to dismiss Spengler's complaint (Doc. 7) is **GRANTED.**

    2. Spengler's complaint is dismissed without prejudice.

    3. The Clerk of Court shall **CLOSE** this case.

```
                              s/ Yvette Kane_____
                              Yvette Kane
                              United States District Judge
```